```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                             Case No. 17-00670-RNO
Matthew C. Sullivan                                                Chapter 13
Aimee L. Sullivan
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: karendavi              Page 1 of 2              Date Rcvd: Apr 19, 2017
                              Form ID: ntcnfhrg            Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2017.
db/jdb         +Matthew C. Sullivan,    Aimee L. Sullivan,    2 Patricia Drive,    Enola, PA 17025-1930
aty            +East Pennsboro Township,    c/o JSDC Law Offices,    PO Box 650,    Hershey, PA 17033-0650
4887187         AES PHEAA,    po box 61047,    Harrisburg, PA 17106-1047
4887192        ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:   capital one bank usa,    po box 85015,    Richmond, VA 23285-5015)
4887683        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
4887449        +East Pennsboro Township,    c/o James D. Young, Esquire,    JSDC Law Offices,    PO Box 650,
                 Hershey, PA 17033-0650
4887207        +James Young, Esquire,    po box 650,    jsdc law offices,    Hershey, PA 17033-0650
4893364        +PHEAA,   PO Box 8147,    Harrisburg PA 17105-8147
4887230        +PP&L,   2 NORTH 9TH ST. CPC GENN1,    Allentown, PA 18101-1179
4891409        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4887193         comcast,   po box 3002,    Southeastern, PA 19398-3002
4887194         credit acceptance corporation,    po box 5070,    Southfield, MI 48086-5070
4887201         drayer physical therapy,    5300 derry st. 2nd fl,    Harrisburg, PA 17111-3576
4887203         east pennsboro township,    98 S Enola drive,    Enola, PA 17025-2796
4887202         east pennsboro township,    98 south enola drive,    room 103,    Enola, PA 17025-2796
4887204         first national bank of pennyslvania,    po box 129,    Monroeville, PA 15146-0129
4887205        +fm oppel,    145 south enola drive,    Enola, PA 17025-2712
4887206        +holy spirit hospital,    503 north 21st st.,    Camp Hill, PA 17011-2288
4887208        +jsdc law offices,    po box 650,    Hershey, PA 17033-0650
4887209        +law office of michael rathchford,    409 lackawanna avenue suite 3c,    Scranton, PA 18503-2059
4887211        +midland funding llc,    2365 northside drive suite 300,    San Diego, CA 92108-2709
4887214        +orthopedic institute of pa,    3399 trindle road,    Camp Hill, PA 17011-2286
4887215        +peerless credit services,    po box 518,    Middletown, PA 17057-0518
4887216         penn credit corporation,    916 south 14th street,    po box 988,    Harrisburg, PA 17108-0988
4887217         pennsylvania american water,    po box 371412,    Pittsburgh, PA 15250-7412
4887218        +pennsylvania higher education,    po box 61017,    Harrisburg, PA 17106-1017
4887219         pennsylvania higher education agen,    1200 north seventh st.,    Harrisburg, PA 17102-1444
4887222         pennsylvania state university,    student financial services,    108 shields building,
                 University Park, PA 16802-1201
4887228         pinnacle cardiovascular,    1000 n. front st.,    wormleysburg, PA 17043-1034
4887231        +seterus,   14523 SW milliken way suite 200,    Beaverton, OR 97005-2352
4887232         seterus inc.,    po box 11790,    Newark, NJ 07101-4790
4887233         seturus,   po box 1077,    Hartford, CT 06143-1077
4887234         seturus inc,    8501 IBM Drive Bldg 201,    Charlotte, NC 28262-4333
4887236        +state collection services inc.,    2509 s. stoughton road,    Madison, WI 53716-3314
4887238        +tek collect,    po box 1269,    Columbus, OH 43216-1269
4887239        +united collection bureau inc.,    po box 1116,    Maumee, OH 43537-8116
4887240         us deparment of education,    national payment center,    po box 105028,    Atlanta, GA 30348-5028
4887242         verizon,   po box 25505,    Lehigh Valley, PA 18002-5505
4887241        +verizon,   500 technology drive,    Suite 300,    weldon srpings, MO 63304-2225
4887244         verizon wireless southeast,    po box 26055,    Minneapolis, MN 55426-0055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4889154         E-mail/Text: ally@ebn.phinsolutions.com Apr 19 2017 19:22:50     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
4887198         E-mail/Text: cio.bncmail@irs.gov Apr 19 2017 19:23:13     Department of Treasury,
                 Internal Revenue Service,    po box 8208,    Philadelphia, PA 19101-8208
4887220         E-mail/Text: bankruptcynotices@psecu.com Apr 19 2017 19:24:09
                 Pennsylvania State Employees Credit,    PO Box 67013,    Harrisburg, PA 17106-7013
4887223         E-mail/Text: schesek@pinnaclehealth.org Apr 19 2017 19:23:19     Pinnacle Health hospitals,
                 po box 2353,    Harrisburg, PA 17105-2353
4887189        +E-mail/Text: ally@ebn.phinsolutions.com Apr 19 2017 19:22:50     ally financial,
                 po box 380901,    Bloomington, MN 55438-0901
4887188        ++E-mail/Text: ally@ebn.phinsolutions.com Apr 19 2017 19:22:50     ally financial,
                 po box 380902,    Bloomington, MN 55438-0902
4887191         E-mail/Text: ally@ebn.phinsolutions.com Apr 19 2017 19:22:50     ally financial,
                 po box 9001951,    Louisville, KY 40290-1951
4887190        +E-mail/Text: ally@ebn.phinsolutions.com Apr 19 2017 19:22:50     ally financial,
                 po box 380901,    Minneapolis, MN 55438-0901
4887195         E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 19 2017 19:24:14
                 credit collection services,    po box 55126,    Boston, MA 02205-5126
4887196         E-mail/Text: creditonebknotifications@resurgent.com Apr 19 2017 19:22:54     credit one bank,
                 po box 98873,    Las Vegas, NV 89193-8873
4887210        +E-mail/Text: bknotices@mbandw.com Apr 19 2017 19:23:56     mccarthy, burgess & wolf,
                 26000 cannon road,    cleveland, OH 44146-1807
4887229        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 19:26:09
                 portfolio recovery services,    120 corporate drive suite 100,    Norfolk, VA 23502-4952
4887235         E-mail/Text: bankruptcy@sw-credit.com Apr 19 2017 19:23:38     soutwest credit systems,
                 4120 international parkway,    suite 1100,    Carrollton, TX 75007-1958
4887237        +E-mail/Text: bankruptcy@sw-credit.com Apr 19 2017 19:23:38     sw credit services l.p,
                 4120 international parkway,    suite 1100,    Carrollton, TX 75007-1958
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                   TOTAL: 14

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4887199*         Department of Treasury,   Internal Revenue Service,   po box 8208,
                  Philadelphia, PA 19101-8208
4887200*        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: department of treasury,   po box 21126,
                  Philadelphia, PA 19114-0326)
4887221*         Pennsylvania State Employees Credit,   PO Box 67013,   Harrisburg, PA 17106-7013
4887224*         Pinnacle Health hospitals,   po box 2353,   Harrisburg, PA 17105-2353
4887225*         Pinnacle Health hospitals,   po box 2353,   Harrisburg, PA 17105-2353
4887226*         Pinnacle Health hospitals,   po box 2353,   Harrisburg, PA 17105-2353
4887227*         Pinnacle Health hospitals,   po box 2353,   Harrisburg, PA 17105-2353
4887197*         credit one bank,   po box 98873,   Las Vegas, NV 89193-8873
4887212*        +midland funding llc,   2365 northside drive suite 300,   San Diego, CA 92108-2709
4887213*        +midland funding llc,   2365 northside drive suite 300,   San Diego, CA 92108-2709
4887243*        +verizon,   500 technology drive,   Suite 300,   weldon srpings, MO 63304-2225
4887245*         verizon wireless southeast,   po box 26055,   Minneapolis, MN 55426-0055
                                                                               TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gregory S Hazlett    on behalf of Joint Debtor Aimee L. Sullivan adlitem@pa.net
              Gregory S Hazlett    on behalf of Debtor Matthew C. Sullivan adlitem@pa.net
              James Warmbrodt    on behalf of Creditor   Federal National Mortgage Association (Fannie Mae)
               bkgroup@kmllawgroup.com
              James D Young    on behalf of Attorney    East Pennsboro Township jdy@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 6
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Matthew C. Sullivan
Aimee L. Sullivan

Debtor(s)

Chapter 13

Case No. 1:17−bk−00670−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **May 19, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 24, 2017<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: karendavis |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 19, 2017 |