**IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| MATTHEW & AIMEE SULLIVAN | : | |
| | : | |
| | : | Case No : 1-17-00670-RNO |
| ALLY FINANCIAL INC. | : | |
|            Movant | : | Chapter 13 |
|  Vs. | : | |
| MATTEW & AIMEE SULLIVAN | | |
| CHARLES J. DEHART, III TRUSTEE, | : | |
|           Respondent | : | |

_____

# ANSWER TO MOTION FOR RELIEF OF THE AUTOMATIC STAY

   **AND NOW,** comes Respondents, Matthew & Aimee Sullivan, by and through their attorney, Gregory S. Hazlett, Esquire, and answers this Motion for Relief from Automatic Stay:

1.   ADMITTED:

**2.**   ADMITTED:

3.   ADMITTED:

**4.**   ADMITTED:

**5.**   ADMITTED:

6.   DENIED:  As of this response the debtors have tendered all of the requisite arrearages due owing and payable to the movant.

7. DENIED: The debtors at all times from the date of the purchase heretofore have and continue to have automobile coverage on the subject vehicle.

8. DENIED: Counsel for the movant is unable to verify the amount of counsel fees relative to this motion on an itemized basis which would include hours billed and billable hourly rate.

9. ADMITTED:

10. DENIED: As of the date of this response the debtors have tendered via U.S. mail the arrears owing to the movant in its entirety and as such are current relative to their automobile loan.

**WHEREFORE,** the debtors respectfully requests that the Honorable Court

A. Deny the movant's Motion for Relief from the Automatic Stay for the aforementioned reasons.
B. Deny Ally consent to take other actions relative to recovering the collateral.
C. Deny all other relief requested.

**7/18/2017**

**Respectfully submitted,**

_____
**Gregory S. Hazlett, Esquire**
 7 West Main Street
Mechanicsburg, PA. 17055
Phone:(717)-790-5500