# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 1-17-00670(RNO) |
| MATTHEW C. SULLIVAN and | : | |
| AIMEE L. SULLIVAN | : | |
| Debtor(s) | : | CHAPTER 13 |
| | : | |
| And | : | |
| RONALD C. SMITH | : | Nature of Proceeding: |
| Co-Debtor | : | |
| | : | |
| ALLY FINANCIAL INC. | : | |
| Movant(s) | : | |
| | : | |
| MATTHEW C. SULLIVAN and | : | |
| AIMEE L. SULLIVAN | : | Pleading: Ally Financial Inc.'s Motion for |
| CHARLES J. DEHART, III, Trustee | : | Relief from the Automatic Stay |
| Respondent(s) | : | Document #: 24 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

■    The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐    The undersigned counsel certifies as follows:

(1)    A settlement has been reached which will be reduced to writing, executed and filed within (please check only one)

   ☐    Thirty (30) days.

   ☐    Forty-five (45) days.

   ☐    Sixty (60) days.

(2)    If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:  August 11, 2017                          s/ Regina Cohen

                                          Attorney for   Ally Financial Inc.

Revised 12/19/2005
1945692v1