LOCAL BANKRUPTCY FORM 5071-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 1-17-00670(RNO) |
| MATTHEW C. SULLIVAN and | : | |
| AIMEE L. SULLIVAN | : | |
|     Debtor(s) | : | CHAPTER 13 |
| | : | |
| ALLY FINANCIAL INC. | : | Nature of Proceeding: Request Continuance |
|     Movant(s) | : | of Hearing for Reasons stated below: |
| | : | |
| MATTHEW C. SULLIVAN and | : | |
| AIMEE L. SULLIVAN | : | Pleading: Ally Financial Inc.'s Motion for |
| CHARLES J. DEHART, III, Trustee | : | Relief from the Stay |
|     Respondent(s) | : | Document #: 23 |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the Continuance.

<u>Request more time for Ally Financial Inc. and the Debtors to work out a resolution.</u>

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 11, 2017        s/ Regina Cohen

                                    Attorney for    Ally Financial Inc.
                                                        Regina Cohen, Esquire
                                                        (215) 627-0303

1945702v1