IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| MATTHEW & AIMEE SULLIVAN | : | |
| | : | |
| | : | Case No : 1-17-00670-RNO |
| ALLY FINANCIAL INC. | : | |
|     Movant | : | Chapter 13 |
| Vs. | : | |
| MATTEW & AIMEE SULLIVAN | | |
| CHARLES J. DEHART, III TRUSTEE, | : | |
|     Respondent | : | |

## MOTION TO WITHDRAW ANSWER TO MOTION FOR RELIEF FROM STAY

**COMES NOW,** Matthew & Aimee Sullivan, the debtors, by and through his attorney Gregory S. Hazlett, Esquire and shows the court as follows in support of his Motion to Withdraw Answer to Motion for Relief.

1. Respondent, Debtors filed an Answer to Movant's Motion for Relief From Automatic Stay relative to a Dodge Durango.

2. Debtors informed their counsel that they no longer wishes to litigate the issue of the Motion for Relief From Automatic Stay

3. Counsel for the Movant, Regina Cohen, Esquire concurs with this request to withdraw the Answer to Motion for Relief from stay.

4. Counsel for debtor accordingly desires to withdraw his Answer and cancel the hearing relative to the same.

**WHEREFORE,** debtor respectfully requests that the Court withdraw their Answer to Motion for Relief from stay and allow relief from the Automatic Stay relative to the movant's Motion For Relief.

                                                  **GREGORY S. HAZLETT**

**Dated: 8/30/2017**

                                                  S/s<u>**Gregory S. Hazlett, Esq.**</u>
                                                  **Gregory S. Hazlett, Esquire**
                                                  **7 West Main Street**
                                                  **Mechanicsburg, PA. 17055**
                                                  **Phone: 717-790-5500**