```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                            Case No. 17-00670-RNO
Matthew C. Sullivan                                               Chapter 13
Aimee L. Sullivan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson            Page 1 of 1           Date Rcvd: Aug 31, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
db/jdb         +Matthew C. Sullivan,   Aimee L. Sullivan,   2 Patricia Drive,   Enola, PA 17025-1930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Gregory S Hazlett    on behalf of Joint Debtor Aimee L. Sullivan adlitem@pa.net
              Gregory S Hazlett    on behalf of Debtor Matthew C. Sullivan adlitem@pa.net
              James Warmbrodt     on behalf of Creditor   Federal National Mortgage Association (Fannie Mae)
               bkgroup@kmllawgroup.com
              James D Young    on behalf of Attorney   East Pennsboro Township jdy@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com
              Regina Cohen    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 1-17-00670(RNO) |
| MATTHEW C. SULLIVAN and | : | |
| AIMEE L. SULLIVAN | : | |
| Debtor(s) | : | CHAPTER 13 |
| | : | |
| ALLY FINANCIAL INC. | : | |
| Movant(s) | : | |
| | : | |
| MATTHEW C. SULLIVAN and | : | |
| AIMEE L. SULLIVAN | : | |
| CHARLES J. DEHART, III, Trustee | : | MOTION FOR RELIEF FROM THE |
| Respondent(s) | : | AUTOMATIC STAY |

## ORDER GRANTING ALLY FINANCIAL INC.

## RELIEF FROM THE AUTOMATIC STAY

After notice and opportunity for hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2013 Dodge Durango, VIN: 1C4RDJDG6DC674179 (the "Vehicle"); is hereby terminated effective the date of this Order;

FURTHER RESOLVED, that Ally Financial Inc. may take such actions and seek such remedies as are permitted by the Retail Installment Sale Contract, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

By the Court,

Dated: August 30, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)