UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW C. SULLIVAN and : CHAPTER 13
AIMEE L. SULLIVAN :
   Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
:
   vs. :
:
MATTHEW C. SULLIVAN and :
AIMEE L. SULLIVAN :
   Respondent(s) : CASE NO. 1-17-bk-00670

### TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 15th day of September, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Secured claims not in plan. (Midland Funding LLC – Claim #10)

2. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. Proof of Claim for Seturus Mortgage.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

    Respectfully submitted:

    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

BY:     /s/James K. Jones
    Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 15th day of September, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gregory Hazlett, Esquire
7 West Main Street
Mechanicsburg, PA   17055

                                                /s/Deborah A. Behney
                                                Office of Charles J. DeHart, III
                                                Standing Chapter 13 Trustee