LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
MATTHEW & AIMEE SULLIVAN : CHAPTER 13
:
: CASE NO. 1 - 17 -bk- 00670-RNO
:
:
Debtor(s) :

REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| A. Presumptively reasonable fees under L.B.R. 2016-2(c) <br> 1. Amount agreed to by debtor <br> 2. Less amount paid to attorney prior to filing petition <br> 3. Balance of compensation to be paid through plan distributions <br> 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ 4,000.00 <br> $ 1,200.00 <br> $ 0.00 <br> $ 0.00 |
| B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) <br> 1. Retainer received <br> 2. Compensation earned prepetition and paid to attorney prior to filing petition <br> 3. Expenses reimbursed prepetition <br> 4. Balance in retainer after deduction of prepetition compensation and expenses <br> 5. Compensation and expenses to be approved by the Court and to be paid through plan distributions, less balance in client trust account | $ 0.00 <br> $ 0.00 <br> $ 0.00 <br> $ 0.00 <br> $ 0.00 |
| C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 2,800.00 |

Dated: 9/18/2017        GREGORY S. HAZLETT, ESQUIRE
                        Attorney for Debtor

Case 1:17-bk-00670-RNO    Doc 39    Filed 09/18/17    Entered 09/18/17 14:24:37    Desc
Main Document      Page 1 of 1