```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 17-00670-HWV
Matthew C. Sullivan                                                 Chapter 13
Aimee L. Sullivan
         Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1            User: AGarner              Page 1 of 1            Date Rcvd: Dec 22, 2017
                                Form ID: orfeedue          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2017.
5005036        +ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gregory S Hazlett    on behalf of Debtor 2 Aimee L. Sullivan adlitem@pa.net
              Gregory S Hazlett    on behalf of Debtor 1 Matthew C. Sullivan adlitem@pa.net
              James Warmbrodt     on behalf of Creditor   Federal National Mortgage Association (Fannie Mae)
               bkgroup@kmllawgroup.com
              James D Young    on behalf of Attorney   East Pennsboro Township jdy@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com
              Regina Cohen    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

orfeedue(07/16)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Matthew C. Sullivan					Chapter 13

Aimee L. Sullivan					Case number 1:17–bk–00670–HWV

**Debtor(s)**						Document Number: 45

### Order Filing Fee Due

A transfer of claim was filed on **December 22, 2017**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **December 29, 2017**.

Dated: December 22, 2017					By the Court,

							*/s/ Henry W. Van Eck*

							Honorable Henry W. Van Eck
							United States Bankruptcy Judge
							By: AGarner, Deputy Clerk