**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER** 13 |
| Matthew C. Sullivan and Aimee L. Sullivan | : | |
| | : | **CASE NO.** 1-17-bk-00670HWV |
| **Debtor(s)** | : | |
| Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") | : | **ADVERSARY NO.** __-__-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** | : | |
| vs. | : | **Nature of Proceeding:** _____ |
| Matthew C. Sullivan and Aimee L. Sullivan Charles J. DeHart, III, Trustee | : | **Pleading:** Motion for Relief |
| **Defendant(s)/Respondent(s)** | : | **Document #:** 54 |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✔] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  [✔] Thirty (30) days.
  [ ] Forty-five (45) days.
  [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 3/26/2018          /s/Heather S. Riloff
                          Attorney for Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.