IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| MATTHEW & AIMEE SULLIVAN | : | |
| And | | |
| SANTANDER CONSUMER USA INC. | : | |
| MOVANT | : | CHAPTER 13 |
| | : | Case No : 1-17-00670-RNO |
| Vs. | : | |
| MATTEW & AIMEE SULLIVAN | | |
| CHARLES J. DEHART, III TRUSTEE, | : | |
| Respondent | : | |

___

# ANSWER TO MOTION FOR RELIEF OF THE AUTOMATIC STAY

**AND NOW,** comes Respondents, Matthew & Aimee Sullivan, by and through their attorney, Gregory S. Hazlett, Esquire, and answers this Motion for Relief from Automatic Stay:

1. ADMITTED:

**2.** NO RESONSIVE PLEADING REQUIRED:

**3.** ADMITTED:

**4.** ADMITTED:
(A)—ADMITTED
(B) ADMITTED
(C) ADMITTED

(D) 1. DENIED: Counsel for the debtors lacks sufficient information to confirm the balance of this account

    2. DENIED: Counsel for the debtors lacks sufficient information to discern the level of arrearages if any owing to the movant as of the date of the underlying Motion for Relief.

**5.** DENIED:

(A) DENIED: Counsel for the debtor lacks sufficient information to confirm or deny the level of arrearage if any owing to the movant.

    **WHEREFORE,** the debtors respectfully requests that the Honorable Court deny the movant's Motion for Relief from the Automatic Stay for the aforementioned reasons.

8/16/2018

                              **Respectfully submitted,**

                              *s/s Gregory S. Hazlett, Esquire*
                              **Gregory S. Hazlett, Esquire**
                              **7 West Main Street**
                              **Mechanicsburg, PA. 17055**
                              **Phone:(717)-790-5500**