UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MATTHEW C. SULLIVAN

        AIMEE L. SULLIVAN                      CHAPTER 13

                 Debtor(s)
                                                            CASE NO: 1-17-00670-HWV
CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
               Movant                     MOTION TO DISMISS
vs.

MATTHEW C. SULLIVAN

AIMEE L. SULLIVAN

               Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

      AND NOW, comes Charles J. DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire and brings this Motion to Dismiss Case, a statement of which follows:

    1. Debtor(s) filed the above case on February 22, 2017.

    2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

    3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates - 09/20/2018 01/16/2019 04/10/2019.

    4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

    5. Debtor(s) is currently 2 months in default with arrearages of $1,611.86 through December 10, 2019.

    6. The non-payment of Debtor's plan obligation is

        a. a material default with respect to the confirmed plan; and

        b. an unreasonable delay by Debtor that is prejudicial to creditors.

    7. Dismissal of the case is in the best interest of the creditors and the estate.

    8. Notice of conference, hearing and other instructions are included with this Motion.

    WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.

Dated: December 10, 2019					Respectfully submitted,

/s/   James K. Jones, Esquire
ID:  39031
Attorney for Movant
Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MATTHEW C. SULLIVAN | |
| AIMEE L. SULLIVAN | CHAPTER 13 |
| Debtor(s) | |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE | CASE NO: 1-17-00670-HWV |
| Movant | MOTION TO DISMISS |
| vs. | |
| MATTHEW C. SULLIVAN<br>AIMEE L. SULLIVAN | |
| Respondent(s) | |

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| January 8, 2020 at 9:00 am | January 8, 2020 at 09:35 AM |
| Bankruptcy Courtroom | Bankruptcy Courtroom |
| Ronald Reagan Federal Bldg | Ronald Reagan Federal Bldg. |
| 3rd Floor, 228 Walnut Street | 3rd Floor, 228 Walnut Street |
| Harrisburg, PA 17101 | Harrisburg, PA 17101 |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the U.S. Bankruptcy Court.

2. You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT IMMEDIATELY AFTER YOUR CONFERENCE WITH THE TRUSTEE AND MAY RESULT IN DISMISSAL OF YOUR CASE**.

| | |
|---|---|
| Dataed: December 10, 2019 | Charles J. DeHart, III, Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>Phone: (717)566-6097<br>Fax: (717) 566-8313 |

eMail: [dehartstaff@pamd13trustee.com](mailto:dehartstaff@pamd13trustee.com)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW C. SULLIVAN

AIMEE L. SULLIVAN                          CHAPTER 13

      Debtor(s)

CHARLES J. DEHART, III                     CASE NO: 1-17-00670-HWV
CHAPTER 13 TRUSTEE
      Movant                               MOTION TO DISMISS

vs.

MATTHEW C. SULLIVAN
AIMEE L. SULLIVAN

      Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 10, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| GREGORY S. HAZLETT, ESQUIRE<br>7 WEST MAIN STREET<br>MECHANICSBURG, PA  170551517 | Served electronically |
| MATTHEW C. SULLIVAN<br>AIMEE L. SULLIVAN<br>2 PATRICIA DRIVE<br>ENOLA, PA  17025 | Served by 1st Class Mail |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA  17101 | Served electronically |

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 10, 2019         <u>Liz Joyce</u>
                                      for Charles J. DeHart, III, Trustee
                                      Suite A, 8125 Adams Dr.
                                      Hummelstown, PA  17036
                                      Phone:  (717) 566-6097
                                      eMail: <u>dehartstaff@pamd13trustee.com</u>

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW C. SULLIVAN

AIMEE L. SULLIVAN     CHAPTER 13

Debtor(s)

CASE NO: 1-17-00670-HWV

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant     MOTION TO DISMISS

vs.

MATTHEW C. SULLIVAN
AIMEE L. SULLIVAN

Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.