UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW C. SULLIVAN
AIMEE L. SULLIVAN

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-00670-HWV

MATTHEW C. SULLIVAN
AIMEE L. SULLIVAN

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on October 13, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of October 13, 2021, the Debtor(s) is/are $9249.72 in arrears with a plan payment having last been made on Mar 29, 2021

In accordance with said stipulation, the case may be dismissed

Respectfully Submitted,
/s/ Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 13, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW C. SULLIVAN
AIMEE L. SULLIVAN                           CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant
                                                  CASE NO: 1-17-00670-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 13, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| GREGORY S. HAZLETT, ESQUIRE<br>7 WEST MAIN STREET<br>MECHANICSBURG, PA 17055- | SERVED ELECTRONICALLY |
| MATTHEW C. SULLIVAN<br>AIMEE L. SULLIVAN<br>2 PATRICIA DRIVE<br>ENOLA, PA 17025 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2021                      Respectfully submitted,
                                                          Bobbie Weigel
                                                          for Jack N. Zaharopoulos, Trustee
                                                          Suite A, 8125 Adams Dr.
                                                          Hummelstown, PA 17036
                                                          Phone: (717) 566-6097
                                                          eMail: info@pamd13trustee.com