United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Matthew C. Sullivan  
Aimee L. Sullivan  
    Debtors

Case No. 17-00670-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Oct 15, 2021      Form ID: pdf010      Total Noticed: 62

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew C. Sullivan, Aimee L. Sullivan, 2 Patricia Drive, Enola, PA 17025-1930 |
| aty | + | East Pennsboro Township, c/o JSDC Law Offices, PO Box 650, Hershey, PA 17033-0650 |
| cr | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 4887187 | | AES PHEAA, po box 61047, Harrisburg, PA 17106-1047 |
| 5005037 | + | ECMC, PO BOX 16408, ST. PAUL, MN 55116, ECMC, PO BOX 16408 ST. PAUL, MN 55116-0408 |
| 5005036 | + | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 4887449 | + | East Pennsboro Township, c/o James D. Young, Esquire, JSDC Law Offices, PO Box 650, Hershey, PA 17033-0650 |
| 4887207 | + | James Young, Esquire, po box 650, jsdc law offices, Hershey, PA 17033-0650 |
| 4893364 | + | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 4887230 | + | PP&L, 2 NORTH 9TH ST. CPC GENN1, Allentown, PA 18101-1179 |
| 4887223 | | Pinnacle Health hospitals, po box 2353, Harrisburg, PA 17105-2353 |
| 4887231 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, seterus, 14523 SW milliken way suite 200, Beaverton, OR 97005 |
| 5082168 | + | Seterus, Inc., as the authorized subservicer for F, Post Office Box 1047, Hartford, CT 06143-1047 |
| 5025823 | + | Seturus Incorporated, PO Box 1047, Hartford, CT. 06143-1047 |
| 4947078 | | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 4887201 | | drayer physical therapy, 5300 derry st. 2nd fl, Harrisburg, PA 17111-3576 |
| 4887203 | | east pennsboro township, 98 S Enola drive, Enola, PA 17025-2796 |
| 4887202 | | east pennsboro township, 98 south enola drive, room 103, Enola, PA 17025-2796 |
| 4887204 | | first national bank of pennyslvania, po box 129, Monroeville, PA 15146-0129 |
| 4887205 | + | fm oppel, 145 south enola drive, Enola, PA 17025-2712 |
| 4887206 | + | holy spirit hospital, 503 north 21st st., Camp Hill, PA 17011-2288 |
| 4887208 | + | jsdc law offices, po box 650, Hershey, PA 17033-0650 |
| 4887209 | + | law office of michael rathchford, 409 lackawanna avenue suite 3c, Scranton, PA 18503-2059 |
| 4887214 | + | orthopedic institute of pa, 3399 trindle road, Camp Hill, PA 17011-2286 |
| 4887215 | + | peerless credit services, po box 518, Middletown, PA 17057-0518 |
| 4887217 | | pennsylvania american water, po box 371412, Pittsburgh, PA 15250-7412 |
| 4887218 | + | pennsylvania higher education, po box 61017, Harrisburg, PA 17106-1017 |
| 4887219 | | pennsylvania higher education agen, 1200 north seventh st., Harrisburg, PA 17102-1444 |
| 4887222 | | pennsylvania state university, student financial services, 108 shields building, University Park, PA 16802-1201 |
| 4887228 | | pinnancle cardiovascular, 1000 n. front st., wormleysburg, PA 17043-1034 |
| 4887234 | | seturus inc, 8501 IBM Drive Bldg 201, Charlotte, NC 28262-4333 |
| 4887238 | + | tek collect, po box 1269, Columbus, OH 43216-1269 |
| 4887239 | + | united collection bureau inc., po box 1116, Maumee, OH 43537-8116 |
| 4887240 | | us deparment of education, national payment center, po box 105028, Atlanta, GA 30348-5028 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| Recipient # | | Notice Method | Date/Time | Party |
|---|---|---|---|---|
| 4889154 | | Email/Text: ally@ebn.phinsolutions.com | Oct 15 2021 18:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 4912885 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 15 2021 18:44:48 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4887192 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2021 18:44:45 | capital one bank usa, po box 85015, Richmond, VA 23285-5015 |
| 4887683 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 15 2021 18:38:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 4887198 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 15 2021 18:38:00 | Department of Treasury, Internal Revenue Service, po box 8208, Philadelphia, PA 19101-8208 |
| 4926807 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 18:38:00 | MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC. as agent, for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4925774 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 18:38:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 4891409 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 15 2021 18:44:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4922272 | + | Email/Text: bankruptcynotices@psecu.com | Oct 15 2021 18:38:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 4887220 | | Email/Text: bankruptcynotices@psecu.com | Oct 15 2021 18:38:00 | Pennsylvania State Employees Credit, PO Box 67013, Harrisburg, PA 17106-7013 |
| 4887236 | | Email/Text: amieg@stcol.com | Oct 15 2021 18:38:00 | state collection services inc., 2509 s. stoughton road, Madison, WI 53716 |
| 4887190 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 15 2021 18:38:00 | ally financial, po box 380901, Minneapolis, MN 55438-0901 |
| 4887189 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 15 2021 18:38:00 | ally financial, po box 380901, Bloomington, MN 55438-0901 |
| 4887188 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 15 2021 18:38:00 | ally financial, po box 380902, Bloomington, MN 55438-0902 |
| 4887191 | | Email/Text: ally@ebn.phinsolutions.com | Oct 15 2021 18:38:00 | ally financial, po box 9001951, Louisville, KY 40290-1951 |
| 4887193 | | Email/Text: documentfiling@lciinc.com | Oct 15 2021 18:38:00 | comcast, po box 3002, Southeastern, PA 19398-3002 |
| 4887194 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 15 2021 18:38:00 | credit acceptance corporation, po box 5070, Southfield, MI 48086-5070 |
| 4887195 | | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 15 2021 18:38:00 | credit collection services, po box 55126, Boston, MA 02205-5126 |
| 4887196 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 15 2021 18:44:39 | credit one bank, po box 98873, Las Vegas, NV 89193-8873 |
| 4887210 | + | Email/Text: bknotices@mbandw.com | Oct 15 2021 18:38:00 | mccarthy, burgess & wolf, 26000 cannon road, cleveland, OH 44146-1807 |
| 4887211 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 18:38:00 | midland funding llc, 2365 northside drive suite 300, San Diego, CA 92108-2709 |
| 4887229 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2021 18:44:31 | portfolio recovery services, 120 corporate drive suite 100, Norfolk, VA 23502-4952 |
| 4887235 | | Email/Text: bankruptcy@sw-credit.com | Oct 15 2021 18:38:00 | soutwest credit systems, 4120 international parkway, suite 1100, Carrollton, TX 75007-1958 |
| 4887237 | + | Email/Text: bankruptcy@sw-credit.com | Oct 15 2021 18:38:00 | sw credit services l.p, 4120 international parkway, suite 1100, Carrollton, TX 75007-1958 |
| 4887241 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

| | | | |
|---|---|---|---|
| | | Oct 15 2021 18:38:00 | verizon, 500 technology drive, Suite 300, weldon srpings, MO 63304-2225 |
| 4887242 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 15 2021 18:38:00 | verizon, po box 25505, Lehigh Valley, PA 18002-5505 |
| 4887244 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 15 2021 18:38:00 | verizon wireless southeast, po box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4887199 | * | Department of Treasury, Internal Revenue Service, po box 8208, Philadelphia, PA 19101-8208 |
| 4887200 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, department of treasury, po box 21126, Philadelphia, PA 19114-0326 |
| 4887221 | * | Pennsylvania State Employees Credit, PO Box 67013, Harrisburg, PA 17106-7013 |
| 4887224 | * | Pinnacle Health hospitals, po box 2353, Harrisburg, PA 17105-2353 |
| 4887225 | * | Pinnacle Health hospitals, po box 2353, Harrisburg, PA 17105-2353 |
| 4887226 | * | Pinnacle Health hospitals, po box 2353, Harrisburg, PA 17105-2353 |
| 4887227 | * | Pinnacle Health hospitals, po box 2353, Harrisburg, PA 17105-2353 |
| 4887197 | * | credit one bank, po box 98873, Las Vegas, NV 89193-8873 |
| 4887212 | *+ | midland funding llc, 2365 northside drive suite 300, San Diego, CA 92108-2709 |
| 4887213 | *+ | midland funding llc, 2365 northside drive suite 300, San Diego, CA 92108-2709 |
| 4887243 | *+ | verizon, 500 technology drive, Suite 300, weldon srpings, MO 63304-2225 |
| 4887245 | * | verizon wireless southeast, po box 26055, Minneapolis, MN 55426-0055 |
| 4887216 | ## | penn credit corporation, 916 south 14th street, po box 988, Harrisburg, PA 17108-0988 |
| 4887232 | ## | seterus inc., po box 11790, Newark, NJ 07101-4790 |
| 4887233 | ## | seturus, po box 1077, Hartford, CT 06143-1077 |

TOTAL: 0 Undeliverable, 15 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 17, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory S Hazlett | on behalf of Debtor 2 Aimee L. Sullivan adlitem@pa.net |
| Gregory S Hazlett | on behalf of Debtor 1 Matthew C. Sullivan adlitem@pa.net |

Heather Stacey Riloff
on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com

Jack N Zaharopoulos (Trustee)
TWecf@pamd13trustee.com

James Warmbrodt
on behalf of Creditor Federal National Mortgage Association (Fannie Mae) bkgroup@kmllawgroup.com

James D Young
on behalf of Attorney East Pennsboro Township jdy@jsdc.com cls@jsdc.com;eaf@jsdc.com

Regina Cohen
on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

William E. Craig
on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MATTHEW C. SULLIVAN

                          Debtor 1

AIMEE L. SULLIVAN

                          Debtor 2

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    vs.                    Movant(s)

MATTHEW C. SULLIVAN
AIMEE L. SULLIVAN

                        Respondent(s)

Chapter: 13

Case No.: 1-17-bk-00670-HWV

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: October 15, 2021

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (MS)